89 P.3d 535

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**May 7, 2004**

| 24806 | First Ins. Co. of Hawaii, Ltd. v. Jou | Affirmed |
|---|---|---|

**May 11, 2004**

| 25497 | State v. Kawaa | Affirmed |
|---|---|---|
| 25273 | State v. Oki | Affirmed |

**May 12, 2004**

| 25025 | State v. Lagaret | Affirmed |
|---|---|---|

**May 13, 2004**

| 24899 | State v. Dutro | Affirmed |
|---|---|---|

**May 14, 2004**

| 24872 | State v. Martin | Affirmed |
|---|---|---|
| 24284 | Wada v. Kuba | Affirmed |